NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JOVON PIERRE PETERSON, *Petitioner*.

No. 1 CA-CR 15-0443 PRPC
FILED 2-23-2017

Petition for Review from the Superior Court in Maricopa County
No.  CR2012-010271-001
CR2012-130234-003
The Honorable Margaret R. Mahoney, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Karen Kemper
*Counsel for Respondent*

Jovon Pierre Peterson, Kingman
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Samuel A. Thumma delivered the decision of the Court, in which Chief Judge Michael J. Brown and Judge Patricia A. Orozco[1] joined.

**T H U M M A,** Judge:

**¶1**        Petitioner Jovon Pierre Peterson seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1 (2017).[2] Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). Finding no such error, this court grants review but denies relief.

**¶2**        Peterson pled guilty to two counts of sale or transportation of marijuana with one prior felony conviction, a class 2 felony, in Maricopa County cause number CR2012-010271-001 and to one count of conspiracy to possess marijuana for sale in excess of four pounds, a class 2 felony in Maricopa County cause number CR2012-130234-003. The superior court sentenced him in accordance with the plea agreements to concurrent mitigated 4.5-year prison terms in CR2012-010271-001 and placed him on probation for four years in CR2012-130234-003 to commence upon his release from prison.

**¶3**        Peterson filed a timely consolidated notice and petition for post-conviction relief in the two cases, raising the following claims: (1) prosecutorial delay in filing charges; (2) offenses should be treated as part of a single criminal episode; (3) illegal sentence; and (4) ineffective assistance of counsel. Ruling that Peterson failed to present a colorable claim for relief, the superior court summarily dismissed the petition.

---

[1] The Honorable Patricia A. Orozco, Retired Judge of the Court of Appeals, Division One, has been authorized to sit in this matter pursuant to Article VI, Section 3 of the Arizona Constitution.

[2] Absent material revisions after the relevant dates, statutes and rules cited refer to the current version unless otherwise indicated.

¶4　　　　In summarily dismissing the petition, the superior court issued a ruling that clearly identified, fully addressed and correctly resolved the claims he raises. Under these circumstances, this court need not repeat that court's analysis here; instead, it is adopted. *See State v. Whipple*, 177 Ariz. 272, 274 (App. 1993) (holding when superior court rules "in a fashion that will allow any court in the future to understand the resolution [, n]o useful purpose would be served by this court rehashing the [superior] court's correct ruling in [the] written decision").

¶5　　　　For these reasons, this court grants review but denies relief.

